ORDERED ACCORDINGLY.

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

Terry A. Dake - 009656

Attorney for David A. Birdsell, Trustee of the
 Bankruptcy Estate of Products International Company

Dated: January 05, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| CARL RAY TWENTIER;<br>PATRICIA KAY TWENTIER; | Case No. 2:09-BK-23803-GBN |
| Debtors. | |

**STIPULATED ORDER EXTENDING**
**§727 DEADLINE**

This matter having come before the Court on stipulation of the parties as evidenced by the signatures of their counsel appearing below; and

Good cause appearing.

**IT IS HEREBY ORDERED** that the deadline for David A. Birdsell, as Chapter 11 trustee of the bankruptcy estate of Products International Company and Michael Ferring to file an objection to the debtors' discharge under 11 U.S.C. §727 or to the dischargeability of a debt under 11 U.S.C. §523 is extended through and including the first date set for confirmation on any plan of reorganization filed in this Chapter 11 case.

**DATED AND SIGNED ABOVE.**

| | |
|---|---|
| 1 | **APPROVED AND AGREED:** |
| 2 | |
| 3 | /s/ HEC005160 |
| | **HAROLD CAMPBELL** |
| 4 | CAMPBELL & COOMBS, P.C. |
| | 1811 S. ALMA SCHOOL ROAD |
| 5 | SUITE 225 |
| | MESA, AZ 85210 |
| 6 | Attorney for Debtors |

   /s/ HEC005160
   **HAROLD CAMPBELL**
   CAMPBELL & COOMBS, P.C.
   1811 S. ALMA SCHOOL ROAD
   SUITE 225
   MESA, AZ 85210
   Attorney for Debtors


   See attached.
   **Christopher D. Payne, Esq.**
   THE PAYNE LAW OFFICE
   3420 E. Shea Blvd, Ste. 164
   Phoenix, AZ 85028
   Attorney for Ferring


   /s/ TD009656
   **TERRY A. DAKE**
   TERRY A. DAKE, LTD.
   11811 N. TATUM BLVD., #3031
   PHOENIX, AZ 85028-1621
   Attorney for David A. Birdsell, Trustee

APPROVED AND AGREED:

---
HAROLD CAMPBELL
CAMPBELL & COOMBS, P.C.
1811 S. ALMA SCHOOL ROAD
SUITE 225
MESA, AZ 85210
Attorney for Debtors

*[signature]*

---
Christopher D. Payne, Esq.
THE PAYNE LAW OFFICE
3420 E. Shea Blvd, Ste. 164
Phoenix, AZ 85028
Attorney for Ferring

---
TERRY A. DAKE
TERRY A. DAKE, LTD.
11811 N. TATUM BLVD.,
#3031
PHOENIX, AZ 85028-1621
Attorney for David A. Birdsell, Trustee