# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| Debtor: | CARL RAY & PATRICIA KAY TWENTIER |
| Case Number: | 2:09-bk-23803-GBN    Chapter: 11 |
| Date / Time / Room: | MONDAY, APRIL 19, 2010 10:00 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED CHAPTER 11 STATUS HEARING.(FR. 02-16)

R / M #:  1 / 0

## *Appearances:*

PATTY CHAN, US TRUSTEE
HAROLD CAMPBELL, ATTORNEY FOR CARL RAY TWENTIER, PATRICIA KAY TWENTIER
APRIL J. VILLARREAL THEIS, ATTORNEY FOR ARIZONA DEPARTMENT OF REVENUE
CHRISTOPHER D. PAYNE, ATTORNEY FOR MICHAEL FERRING
DARYL J. DORSEY, ATTORNEY FOR WELLS FARGO BANK

## *Proceedings:*

MR. CAMPBELL SUGGESTS A STATUS HEARING IN SIXTY DAYS.

THE COURT REFERS TO AN ORDER FOR JOINT ADMINISTRATION ENTERED IN MAXART, 08-993, WHICH IS NOW CONVERTED WITH CASE #09-1587.  THE ORDER TO CONVERT WAS SIGNED 04-19-10.

MS. VILLARREAL THEIS REFERS DISCUSSES THE APPROXIMATE AMOUNT OF ADMINISTRATIVE CLAIMS OF $45,000.00.  A MOTION FOR SANCTIONS MAY BE FILED FOR FAILURE TO FILE RETURNS.

IT IS CONFIRMED THAT THERE IS HEARING ON MAY 7, 2010 AT 10:15 IN #09-1587, ADEQUACY OF DISCLOSURE STATEMENT AND A STATUS HEARING IN ADVERSARY CASE #09-1203.

MR. PAYNE STATES THAT HE HAS NO ISSUES.

MR. DORSEY RELATES THAT THERE HAS BEEN NO DISCLOSURE STATEMENT OR PLAN OR MOTION TO EXTEND EXCLUSIVITY.

THE COURT:  ONE HEARING WITH ALL ENTITIES NEEDS TO BE SET.  A CONTINUED CHAPTER 11 HEARING WILL BE HELD ON MAY 7, 2010 AT 10:15 A.M.