# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | CARL RAY & PATRICIA KAY TWENTIER |
| **Case Number:** | 2:09-bk-23803-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 18, 2010 02:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

* ADDENDUM * CONTINUED CHAPTER 11 STATUS HEARING. (FR. 05-07)

**R / M #:**   1 / 0

## Appearances:

MICHAEL P. LANE, ATTORNEY FOR ROGER W. BROWN (T)
SEAN B BERBERIAN, ATTORNEY FOR ABERDEEN ANIMAL HOSPITAL (T)
PATTY CHAN, U.S. TRUSTEE
JOHN FRIES, ATTORNEY FOR **Desert Hills Bank**

(continue)... 2:09-bk-23803-GBN        FRIDAY, JUNE 18, 2010 02:30 PM

## *Proceedings:*

THESE CASE WAS INADVERTENTLY LEFT OFF OF CALENDAR AND IS HEARD ALONG WITH:
#08-993 MAXART ANIMAL HEARLTH. AND
#09-1587 AMKIM, L.L.C.

MAXART:
THE COURT NOTES THAT COUNSEL FOR THE DEBTOR HAS WITHDRAWN.

ADVERSARY #09-1293
MR. LANE BELIEVES THAT THIS CAN BE RESOLVED BY MOTION PRACTICE.

MR. BERBERIAN CONCURS, ADDING THAT THERE IS NO NEED FOR DISCOVERY. THE DISPOSITIVE MOTION CAN BE FILED IN SIXTY DAYS.

THE COURT RECAPS, REGARDING THE CHAPTER 7 STATUS HEARING, A SALE ORDER WAS SIGNED IN MAY.

MR. FRIES STATES THE AGREEMENT UPON WHICH THE LIEN WOULD BE RELEASED.

MR. LANE RESPONDS THAT HE SPOKE WITH THE BUYER AND THERE ARE SOME OUTSTANDING FEES FROM THE CHAPTER 11. IT IS ADDED THAT THERE ARE FUNDS TO PAY.

THE COURT CONFIRMS THAT AUGUST 12TH IS THE CLAIMS BAR DATE. A STATUS HEARING IN THE ADVERSARY WILL BE HELD ON AUGUST 13 2010 AT 10:15 A.M., UNLESS A BRIEFING SCHEDULE IS ESTABLISHED.

#09-1587  AMKIM
THE COURT REFERS TO A MOTION TO CONVERT THE CASE TO A CHAPTER 7.

MS. CHAN RESPONDS THAT THE DEBTOR IS CONSISTENT WITH DELINQUENT REPORTS. REFERENCE IS MADE TO THE JULY ORDER.

MR. SCHWARTZ SUMMARIZES THAT THERE HAS BEEN NO HARM TO ANY PARTY.

THE COURT NOTES THE DISAPPOINTMENT THAT THERE HAS NOT BEEN COMPLIANCE WITH THE ORDER. THE CASE IS NO LONGER JOINTLY ADMINISTERED. THE CASE WILL NOT BE CONVERTED AT THIS TIME; HOWEVER, THE COURT WILL REQUIRE COMPLIANCE WITH MONTHLY REPORTS AND QUARTERLY FEES. IF THIS BECOMES A PERSISTENT PROBLEM, IT WILL AGAIN BE BROUGHT BEFORE THE COURT.

MR. FRIES UNDERSTANDS THAT MR. TWENTIER IS HOLDING MONEY. A THIRTY DAY CONTINUANCE IS SUGGESTED. MR. FRIES EXPLAINS THE HESITATION FOR JOINING WITH MS. CHAN TO APPOINT A TRUSTEE.

#09-23803
THE COURT A CONTINUED CHAPTER 11 STATUS HEARING IS SET FOR JULY 29, 2010 AT 10:15 A.M.