# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CARL RAY & PATRICIA KAY TWENTIER |
| **Case Number:** | 2:09-bk-23803-GBN       **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 29, 2010 10:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED CHAPTER 11 STATUS HEARING. (FR. 05-07 & 06-18

**R / M #:**   1 / 0

## *Appearances:*

PATTY CHAN, US TRUSTEE
RYAN MICHAEL HICKS, ATTORNEY FOR CARL & PATRICIA TWENTIER
DARYL J. DORSEY, ATTORNEY FOR JPMORGAN CHASE BANK
ARYEH D. SCHWARTZ, ATTORNEY FOR AMKIM, L.L.C.

## *Proceedings:*

** THIS CASE WAS HEARD WITH #09-1587 / AMKIM, L.L.C. **

MR. HICKS ADVISES THAT THEY ARE STILL WAITING TO SEE HOW MUCH MONEY IS COMING IN FROM THE SALE. A THIRTY DAY CONTINUANCE IS RECOMMENDED.

MS. CHAN REPORTS THAT THERE ARE NO ISSUES AND SIMPLY ASKS IF THE DEBTOR WILL BE FILING A JOINT PLAN.

MR. HICKS RESPONDS THAT HE IS NOT SURE.

AS TO THE AMKIM CASE, THE COURT STATES THAT IT HAS NOT SEEN A REPORT SINCE MAY.

MR. SCHWARTZ EXPECTS THAT THE JUNE REPORTS WILL BE FILED WITHIN THE NEXT WEEK. THE DEBTOR IS AWARE OF THE DEADLINE.

MS. CHAN REITERATES THAT A COPY OF THE NOTE HAS BEEN REQUESTED.

THE COURT: BOTH CASES ARE CONTINUED TO SEPTEMBER 28, 2010 AT 9:30 A.M.