B6F (Official Form 6F) (12/07)

In re **CARL RAY TWENTIER,**
**PATRICIA KAY TWENTIER**
Debtors

Case No. **2:09-bk-23803**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2039**<br><br>**BofA MasterCard**<br>**PO Box 17309**<br>**Baltimore, MD 21297** | | C | **Credit Card** | | | | 41,703.64 |
| Account No. **xxxx-xxxx-xxxx-7158**<br><br>**BofA Visa**<br>**PO Box 60069**<br>**City of Industry, CA 91716** | | C | **Credit Card** | | | | 14,111.03 |
| Account No.<br><br>**BURCH & CRACCHIOLO, P.A.**<br>**P.O. BOX 16882**<br>**Phoenix, AZ 85001** | | C | **ATTORNEY FEES** | | | | 22,989.62 |
| Account No. **xxxx-xxxx-xxxx-5947**<br><br>**Chase Master Card**<br>**PO Box 9001074**<br>**Louisville, KY 40290** | | C | **Credit Card** | | | | 7,416.05 |
| **3** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 86,220.34 |

B6F (Official Form 6F) (12/07) - Cont.

In re **CARL RAY TWENTIER,**
**PATRICIA KAY TWENTIER**

Case No. **2:09-bk-23803**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-4010** <br><br> **Chase Visa** <br> **PO Box 94014** <br> **Palatine, IL 60094** | | C | Credit Card | | | | 23,190.68 |
| Account No. **xxxx-xxxx-xxxx-6204** <br><br> **Chase Visa** <br> **PO Box 94014** <br> **Palatine, IL 60094** | | C | Credit Card | | | | 8,547.07 |
| Account No. **xxxx-xxxx-xxxx-6566** <br><br> **Chase Visa** <br> **PO Box 94014** <br> **Palatine, IL 60094** | | C | Credit Card | | | | 17,045.00 |
| Account No. **xxxx-xxxx-xxxx-0669** <br><br> **Citibank AT&T** <br> **PO Box 6415** <br> **The Lakes, NV 88901** | | C | Credit Card | | | | 25,081.07 |
| Account No. **xxxx-xxxx-xxxx-2446** <br><br> **Citibank MasterCard** <br> **PO Box 6415** <br> **The Lakes, NV 83901** | | C | Credit Card | | | | 19,071.58 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **92,935.40**

In re  **CARL RAY TWENTIER,**
       **PATRICIA KAY TWENTIER**

Case No. __2:09-bk-23803__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DAVID A. BIRDSELL**<br>216 N. Center St.<br>Mesa, AZ 85201 | C | | **POSSIBLE LIABILITY FROM TRUSTEE FOR PRODUCTS INTERNATIONAL COMPNAY** | | | X | **Unknown** |
| Account No.<br>**TERRY DAKE**<br>11811 N. TATUM BLVD.<br>Phoenix, AZ 85028-1621 | | | **Representing:**<br>**DAVID A. BIRDSELL** | | | | **Notice Only** |
| Account No.<br>**Desert Hills Bank**<br>3001 E. Camelback Rd.<br>Phoenix, AZ 85216 | C | | **PERSONAL GUARANTEE (SECURED BY THE ASSESTS OF MAXART ANIMAL HEALTH, INC. AND THE REAL ESTATE OF AMKIM, LLC)** | X | X | | **1,270,440.51** |
| Account No. **xxxx-xxxx-xxxx-7730**<br>**Discover**<br>PO Box 30395<br>Salt Lake City, UT 84130 | C | | **Credit Card** | | | | **12,620.26** |
| Account No.<br>**JOHN MICHAEL FERRING**<br>C/O THE PAYNE LAW OFFICE<br>3420 E. SHEA BLVD, STE 164<br>Phoenix, AZ 85028 | C | | **LAWSUIT** | | | X | **Unknown** |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,283,060.77**

B6F (Official Form 6F) (12/07) - Cont.

In re **CARL RAY TWENTIER,**
    **PATRICIA KAY TWENTIER**, Debtors

Case No. **2:09-bk-23803**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**PRODUCTS INTERNATIONAL COMPANY**<br>**C/O THE PAYNE LAW OFFICE**<br>**3420 E. SHEA BLVD, STE 164**<br>**Phoenix, AZ 85028** | | | Representing:<br>**JOHN MICHAEL FERRING** | | | | **Notice Only** |
| Account No.<br>**SCOTT DARGER**<br>**C/O First American Title**<br>**PO Box 52159**<br>**Phoenix, AZ 85072** | C | | **GUARANTY OF MAXART ANIMAL HEALTH, INC. AND AMKIM, LLC NOTES** | X | X | | **252,541.00** |
| Account No.<br>**THOM AND KRISTI MYERS**<br>**Canyon State Servicing Company**<br>**PO Box 10378**<br>**Phoenix, AZ 85064** | C | | **GUARANTY OF MAXART ANIMAL HEALTH, INC. NOTE** | X | X | | **657,719.26** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **910,260.26**

Total (Report on Summary of Schedules) **2,372,476.77**