**ORDERED ACCORDINGLY.**

Dated: September 20, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

ILENE J. LASHINSKY #003073
United States Trustee
District of Arizona

PATTY CHAN (CA Bar #256200)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2633
FAX:  (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings under Chapter 11 |
| CARL RAY TWENTIER and PATRICIA KAY TWENTIER, | Case No. 2:09-bk-23803-GBN |
| Debtors. | **ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO VACATE HEARING** |

The United States Trustee (the "UST"), having filed a withdrawal of her "Objection" to Carl and Patricia Twentier's ("Debtors") "Motion for Order Establishing Bar Date for Filing Proofs of Claim ("Motion")" and also having requested that the hearing on Objection be vacated,

IT IS ORDERED that the hearing on the UST's Objection, previously scheduled for September 20, at 10:00 a.m., is hereby vacated.

**SIGNED AND DATED ABOVE**