# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

CARL RAY TWENTIER
PATRICIA KAY TWENTIER

)
)
)
)
)
)
)
)
)
Debtor(s) )

CASE NO.  2-09-bk-23803-PHX-GBN

**INDIVIDUAL DEBTOR NOT ENGAGED IN
BUSINESS MONTHLY REPORT**

MONTH OF  Sep-10

DATE PETITION FILED: SEPT 24, 2009

TAX PAYER ID NO. : XXX-XX-6776, XXX-XX-0219

Nature of Debtor's Business: BUSINESS OWNER
Nature of Co-Debtor's Business: BUSINESS OWNER

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED ___X_____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED ___X_____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF DEBTOR

CARL RAY TWENTIER
PRINTED NAME OF DEBTOR

10/18/2010
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

CARL RAY TWENTIER
PRINTED NAME OF PREPARER

PERSON TO CONTACT REGARDING THIS REPORT:

_____
ORIGINAL SIGNATURE OF CO-DEBTOR

PATRICIA KAY TWENTIER
PRINTED NAME OF CO-DEBTOR

10/18/2010
DATE

DEBTOR
_____
TITLE

10/18/2010
DATE

CARL RAY TWENTIER

PHONE NUMBER:  602-920-6306

ADDRESS:  3422 E. Fox St., Mesa, AZ 85213

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

# CASH SUMMARY
# INDIVDUAL DEBTOR

**Attach a copy of the Bank Statements to the Report**

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | WF DIP Check #XXXXXX4035 | Chase Check #XXXXX9465 | | |
| **Balance at Beginning of Period** | 100.00 | 295.74 | 570.76 | | See Page 2a |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | 1,784.00 | | |
| Wages - Co-Debtor | | | 1,774.00 | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | 60.00 | | | | |
| Other - Rental Income | | | 10,800.00 | | |
| Other - Refunds | | | 1.24 | | |
| | | | | | |
| **TOTAL RECEIPTS** | 60.00 | | 14,359.24 | | See Page 2a |

| **TOTAL DISBURSEMENTS** | 60.00 | 228.45 | 10,193.36 | | See Page 2a | * |
|---|---|---|---|---|---|---|

| **Balance at End of Month** | 100.00 | 67.29 | 4,736.64 | | See Page 2a |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | | |
|---|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | See Page 2a | * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | See Page 2a | |
| Plus: Payroll Deductions (from page 3) | See Page 2a | |
| **Total Disbursements for Calculating Quarterly Fees** | See Page 2a | |

# CASH SUMMARY
# INDIVDUAL DEBTOR

**Attach a copy of the Bank Statements to the Report**

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | AZSUI #****8792 | AZSUI #****2876 | | | |
| **Balance at Beginning of Period** | 308.96 | 337.07 | | | 1,612.53 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | 1,060.00 | | | | 2,844.00 |
| Wages - Co-Debtor | | 1,060.00 | | | 2,834.00 |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | 60.00 |
| Other - Rental Income | | | | | 10,800.00 |
| Other - Refunds | | | | | 1.24 |
| | | | | | |
| **TOTAL RECEIPTS** | 1,060.00 | 1,060.00 | | | 16,539.24 |

| **TOTAL DISBURSEMENTS** | | | | | 10,481.81 * |
|---|---|---|---|---|---|

| **Balance at End of Month** | 1,368.96 | 1,397.07 | | | 7,669.96 |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 10,481.81 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 4) | |
| **Total Disbursements for Calculating Quarterly Fees** | 10,481.81 |

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred during this reporting period? |  | X |
| 2. Have you made any payments to an attorney or accountant this month? |  | X |
| 3. Have any payments been made on prepetition liabilities during this reporting period? |  | X |
| 4. Have any post-petition loans been received by the debtor(s) from any party? |  | X |
| 5. Have any insurance policies or coverages expired? |  | X |
| 6. Are any post-petition real estate taxes past due? |  | X |
| 7. Have any pre-petition taxes been paid during this reporting period? |  | X |
| 8. Do you expect any significant income changes within the next 90 days? |  | X |
| 9. Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____
_____
_____
_____
_____
_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?
Finalization of the sales of two employers is necessary befrore a reorganization plan can be proposed.
_____
_____
_____
_____
_____

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month: Sept 2010**

**Account  (See attached registers)**

**Bank Name**_____

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|
| | |

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | 9/7/2010 | 265.00 | | 265.00 | | |
| | 9/8/2010 | 1,784.00 | | 1,784.00 | | |
| | 9/14/2010 | 265.00 | | 265.00 | | |
| | 9/21/2010 | 265.00 | | 265.00 | | |
| | 9/28/2010 | 265.00 | | 265.00 | | |
| | | | | | | |
| Co-Debtor | 9/7/2010 | 265.00 | | 265.00 | | |
| | 9/14/2010 | 265.00 | | 265.00 | | |
| | 9/21/2010 | 265.00 | | 265.00 | | |
| | 9/28/2010 | 265.00 | | 265.00 | | |
| | 9/22/2010 | 1,774.00 | | 1,774.00 | | |
| | | | | | | |
| | | | Total Payroll Deductions - report on page 2 | | | |

* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

# Wells Fargo Sept 2010 - Sep 2010:2
## 9/1/2010 through 9/30/2010

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| **BALANCE 8/31/2010** | | | | | | **295.74** |
| 9/1/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | Book | | R | -14.01 |
| 9/2/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | Tea | | R | -10.95 |
| 9/2/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | | | R | -12.19 |
| 9/7/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | Book | | R | -13.49 |
| 9/7/2010 | WF Checking - 0368-0434 | EFT    Diamondback  Drugs | Pet Medications | | R | -40.00 |
| 9/14/2010 | WF Checking - 0368-0434 | OnlineE...SequoiaRecords.com | Music CD's | | R | -44.73 |
| 9/16/2010 | WF Checking - 0368-0434 | OnlineE... First American Home Buyers Protection | Home Warranty | | R | -56.99 |
| 9/20/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | Book | | R | -7.99 |
| 9/27/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | Books | | R | -10.11 |
| 9/27/2010 | WF Checking - 0368-0434 | OnlineE...Amazon.com | Books | | R | -7.99 |
| 9/30/2010 | WF Checking - 0368-0434 | OnlineE...Bank Charges | Monthly Fees | | R | -10.00 |
| **9/1/2010 - 9/30/2010** | | | | | | **-228.45** |
| **BALANCE 9/30/2010** | | | | | | **67.29** |

|  | |
|---|---|
| **TOTAL INFLOWS** | **0.00** |
| **TOTAL OUTFLOWS** | **-228.45** |
| **NET TOTAL** | **-228.45** |

# Custom Management ® Checking

Account number: **8454704035** ■ September 1, 2010 - September 30, 2010 ■ Page 1 of 3



CARL R TWENTIER
PATRICIA K TWENTIER
DEBTOR IN POSSESSION
CH.11, CASE# 09-23803 (AZ)
3422 E FOX ST
MESA AZ 85213-5534

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932    TTY:1-888-355-6052
華語 1-800-288-2288    *(8 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## You and Wells Fargo

Make your Wells Fargo Debit Card as unique as you. Customize your debit card with a photo that's special to you. Or choose one from the image library. Whether it's your child, family pet, or a photo from a special event such as a graduation or wedding, you can customize your card in just minutes with the Card Design Studio service and best of all it's free. To design your card, sign on to Wells Fargo Online banking, visit the Account Services tab and click Access Card Design Studio.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Overdraft Protection | ☐ |
| Online Statements | ☑ | Rewards Program | ☐ |
| Mobile Banking | ☑ | Auto Transfer/Payment | ☐ |
| My Spending Report | ☑ | | |



## With you when *you want to keep your spending on track*

Your *Wells Fargo Checking Package*® with free online tools like **My Spending Report with Budget Watch** lets you automatically view an organized summary of your spending so you can manage and budget wisely. Meet with us, call us at 1-800-WFB-OPEN, or visit wellsfargo.com to learn more today.



## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $295.74 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 228.45 |
| **Ending balance on 9/30** | **$67.29** |

Account number: **8454704035**

**CARL R TWENTIER**
**PATRICIA K TWENTIER**
**DEBTOR IN POSSESSION**
**CH.11, CASE# 09-23803 (AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278



### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Check Crd Purchase 08/31 Amazon.Com Amzn.Com/Bill WA 434256xxxxxx0434 244040006394362 ?McC=5942 01 | | 14.01 | 281.73 |
| 9/2 | | Check Crd Purchase 09/01 Amazon Mktplace Pmts Amzn.Com/Bill WA 434256xxxxxx0434 245040010946502 ?McC=5942 01 | | 10.95 | 270.78 |
| 9/7 | | Check Crd Purchase 09/04 Amazon.Com Amzn.Com/Bill WA 434256xxxxxx0434 248040025921747 ?McC=5942 01 | | 13.49 | |
| 9/7 | | Check Crd Purchase 09/03 Amazon Mktplace Pmts Amzn.Com/Bill WA 434256xxxxxx0434 248040020247187 ?McC=5942 01 | | 12.19 | 245.10 |
| 9/9 | | Check Crd Purchase 09/07 Diamondback Drugs LLC 480-946-2223 AZ 434256xxxxxx0434 252040009287502 ?McC=5122 01 | | 40.00 | 205.10 |
| 9/16 | | Check Crd Purchase 09/14 First Amer Home Buyer Van Nuys CA 434256xxxxxx0434 259040010326796 ?McC=6300 01 | | 56.99 | |
| 9/16 | | Check Crd Purchase 09/14 Sequoia Records 626-8139900 CA 434256xxxxxx0434 259040007349974 ?McC=5735 01 | | 44.73 | 103.38 |
| 9/20 | | Check Crd Purchase 09/18 Amazon.Com Amzn.Com/Bill WA 434256xxxxxx0434 262040013888837 ?McC=5942 01 | | 7.99 | 95.39 |
| 9/27 | | Check Crd Purchase 09/26 Amazon.Com Amzn.Com/Bill WA 434256xxxxxx0434 270040014447482 ?McC=5942 01 | | 10.11 | |
| 9/27 | | Check Crd Purchase 09/26 Amazon.Com Amzn.Com/Bill WA 434256xxxxxx0434 270040014457907 ?McC=5942 01 | | 7.99 | 77.29 |
| 9/30 | | Monthly Service Fee | | 10.00 | 67.29 |
| **Ending balance on 9/30** | | | | | **67.29** |
| **Totals** | | | **$0.00** | **$228.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.     $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ | |

▶ + $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ | |

▶ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance ● service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved     Member FDIC.

## Chase Sept 2010 - Sep 2010
### 9/1/2010 through 9/30/2010

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| **BALANCE 8/31/2010** | | | | | | **570.76** |
| 9/1/2010 | Chase Checking-976... | DEP | Crown & Castle | Rental Payment | R | 10,800.00 |
| 9/1/2010 | Chase Checking-976... | EFT | S Wal-Mart | Milk Bones | R | -10.69 |
| | | | | OJ, Ice, Produce | R | -7.46 |
| 9/1/2010 | Chase Checking-976... | EFT | Pet Club | Dog Food | R | -49.06 |
| 9/1/2010 | Chase Checking-976... | EFT | Petsmart | Cat Food | R | -75.89 |
| 9/1/2010 | Chase Checking-976... | EFT | S Fry's Food & Drug | Counter Cleaner | R | -6.01 |
| | | | | Books | R | -15.98 |
| | | | | Magazines | R | -8.18 |
| | | | | Fish, Meat, Milk | R | -109.41 |
| 9/1/2010 | Chase Checking-976... | EFT | Cox Communications | Telephone, Cable, Internet | R | -522.07 |
| 9/1/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Book | R | -17.15 |
| 9/2/2010 | Chase Checking-976... | EFT | Gunnell's Tire & Auto | Warranty Battery Replacement | R | -15.00 |
| 9/2/2010 | Chase Checking-976... | EFT | Casual Male XL | Pants, Socks | R | -87.02 |
| 9/2/2010 | Chase Checking-976... | EFT | Tantrum Hair Salon | Haircuts | R | -90.00 |
| 9/3/2010 | Chase Checking-976... | EFT | Guru Palace | Lunch | R | -42.36 |
| 9/3/2010 | Chase Checking-976... | EFT | Petsmart | Cat Food | R | -38.21 |
| 9/3/2010 | Chase Checking-976... | EFT | The Home Depot | Dust Pan, Windex, Batteries, Marble Cleaner | R | -41.34 |
| 9/3/2010 | Chase Checking-976... | EFT | Albertsons | Eggs, Vodka, Produce | R | -40.66 |
| 9/3/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Book | R | -20.48 |
| 9/4/2010 | Chase Checking-976... | 10049 | Tim Roberts | Lawn | R | -30.00 |
| 9/4/2010 | Chase Checking-976... | 10050 | Sun Country Landscape, Inc. | Holly Street Maintenance | R | -480.00 |
| 9/4/2010 | Chase Checking-976... | EFT | S Wal-Mart | Paper Towels | R | -6.92 |
| | | | | OJ, Olive Oil, Chicken, Produce, Cottage Che... | R | -60.16 |
| 9/4/2010 | Chase Checking-976... | EFT | Bookmans | Used DVD's | R | -31.62 |
| 9/5/2010 | Chase Checking-976... | EFT | S Fry's Food & Drug | Cookbooks | R | -11.64 |
| | | | | Magazine | R | -3.99 |
| 9/6/2010 | Chase Checking-976... | EFT | Albertsons | Seafood, Produce, Olive Oil, Pasta, Cheese | R | -113.99 |
| 9/7/2010 | Chase Checking-976... | OnlineEFT | City Of Mesa | Cottage Cheese, Cream Cheese, Produce, Di... | R | -45.32 |
| 9/7/2010 | Chase Checking-976... | 10051 | Karen Lyons, DVM | Water, Trash, Gas | R | -673.24 |
| 9/7/2010 | Chase Checking-976... | 10052 | Interior Oceans | Pet Care | R | -367.50 |
| 9/7/2010 | Chase Checking-976... | EFT | T.C. Eggington's | August Fish Tank Service | R | -75.00 |
| 9/7/2010 | Chase Checking-976... | EFT | Albertsons | Lunch | R | -23.52 |
| 9/7/2010 | Chase Checking-976... | EFT | Safeway | Tiger Sauce | R | -7.77 |
| 9/7/2010 | Chase Checking-976... | EFT | | Oxy Clean | R | -28.36 |
| 9/7/2010 | Chase Checking-976... | EFT | | Milk Bones, Treats | R | -20.28 |
| 9/7/2010 | Chase Checking-976... | EFT | | Chicken, Produce, Buttermilk | R | -18.39 |

# Chase Sept 2010 - Sep 2010
9/1/2010 through 9/30/2010

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 9/7/2010 | Chase Checking-976... | EFT | Safeway (Gas) | Gas - Mesa - $2.519 | R | -39.66 |
| 9/8/2010 | Chase Checking-976... | DEP | Social Security | Carl Twentier | R | 1,784.00 |
| 9/8/2010 | Chase Checking-976... | 10054 | Showtime Grooming | Grooming | R | -175.00 |
| 9/8/2010 | Chase Checking-976... | EFT | Bartoll Cleaners | Dry Cleaning | R | -49.29 |
| 9/8/2010 | Chase Checking-976... | EFT | Staples | Office Supplies | R | -11.96 |
| 9/8/2010 | Chase Checking-976... | EFT | Safeway | Meat, Produce, Eggs, Coffee | R | -32.54 |
| 9/9/2010 | Chase Checking-976... | EFT | Al's Meat Market | Meat, Olive Oil | R | -68.34 |
| 9/9/2010 | Chase Checking-976... | EFT | Macayo's Mexican Restaurant | Lunch | R | -25.79 |
| 9/9/2010 | Chase Checking-976... | EFT | S  Albertsons | Dog Food | R | -10.99 |
| | | | | Chlorine Tablets | R | -59.99 |
| | | | | Ice, Frozen Pizza | R | -13.58 |
| 9/10/2010 | Chase Checking-976... | EFT | Pet Club | Dog Food | R | -49.06 |
| 9/10/2010 | Chase Checking-976... | EFT | Safeway | Dairy, Bagels, Produce, Meat, Liquor | R | -82.90 |
| 9/10/2010 | Chase Checking-976... | EFT | Culver's | Dinner | R | -25.03 |
| 9/10/2010 | Chase Checking-976... | EFT | Safeway (Gas) | Gas - Mesa - $2.519 | R | -29.78 |
| 9/10/2010 | Chase Checking-976... | EFT | Mesa Feed Barn | Fly Spray | R | -18.98 |
| 9/11/2010 | Chase Checking-976... | 10055 | Tim Roberts | Lawn | R | -30.00 |
| 9/12/2010 | Chase Checking-976... | EFT | A&M Pool Supply | Clarifier | R | -21.76 |
| 9/12/2010 | Chase Checking-976... | EFT | S  Whole Foods | Magazine | R | -5.95 |
| | | | | Seafood, Produce, Bakery | R | -40.89 |
| | | | | Butter | R | -11.96 |
| 9/12/2010 | Chase Checking-976... | EFT | S  AJ's | Cash | R | -60.00 |
| 9/12/2010 | Chase Checking-976... | EFT | Fry's Food & Drug | Meat, Dairy, Olives, Canned Clams | R | -62.18 |
| 9/13/2010 | Chase Checking-976... | OnlineEFT | SRP | Electricity | R | -1,135.23 |
| 9/13/2010 | Chase Checking-976... | 10056 | U.S. Trustee Payment Center | Trustee Fees - Q2 2010 | c | -650.00 |
| 9/14/2010 | Chase Checking-976... | EFT | S  Wal-Mart | Dog Biscuits | R | -10.63 |
| | | | | Laundry Conditioner | R | -7.97 |
| | | | | Eggs, Yogurt, Vegetables, Soup, Frozen Foo... | R | -72.33 |
| 9/14/2010 | Chase Checking-976... | EFT | Walgreens | Bandages, Neosporin | R | -24.05 |
| 9/14/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Movie | c | -11.49 |
| 9/14/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Movies | R | -23.48 |
| 9/14/2010 | Chase Checking-976... | EFT | Amazon.com | Movie | R | -11.98 |
| 9/14/2010 | Chase Checking-976... | OnlineEFT | City of Mesa | Water, Trash, Gas | c | -570.20 |
| 9/14/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Movies | R | -32.47 |
| 9/14/2010 | Chase Checking-976... | DEP | Interest Payment | Interest Income | R | 0.04 |
| 9/14/2010 | Chase Checking-976... | OnlineEFT | Service Fee | Bank Charges | R | -20.00 |
| 9/15/2010 | Chase Checking-976... | 10057 | Arizona Dragon Slayer Exterminating | Pest Service | c | -58.00 |
| 9/15/2010 | Chase Checking-976... | OnlineEFT | Woman Within | Clothes | c | -34.99 |

| Date | Account | Num | Description | Memo | Clr | Amount |
|------|---------|-----|-------------|------|-----|--------|
| 9/16/2010 | Chase Checking-976... | EFT | A&M Pool Supply | Bromotabs | c | -13.06 |
| 9/16/2010 | Chase Checking-976... | EFT | Broasters Chicken | Dinner | c | -15.25 |
| 9/16/2010 | Chase Checking-976... | EFT | Sprouts Farmers Market | Bakery, Dairy | c | -27.29 |
| 9/17/2010 | Chase Checking-976... | EFT | S Safeway | Dog Biscuits | c | -11.49 |
| | | | | Frozen Food, Meat, Produce | c | -126.33 |
| 9/17/2010 | Chase Checking-976... | EFT | Safeway Pharmacy | Prescriptions | c | -182.69 |
| 9/17/2010 | Chase Checking-976... | OnlineEFT | APS | Holly Street Electricity | c | -74.21 |
| 9/18/2010 | Chase Checking-976... | EFT | Pet Club | Dog Food | c | -49.06 |
| 9/19/2010 | Chase Checking-976... | EFT | Subway Sandwiches | Lunch | c | -10.91 |
| 9/19/2010 | Chase Checking-976... | EFT | S Sprouts Farmers Market | Cookbook | c | -9.95 |
| | | | | Fish Oil Capsules | c | -22.95 |
| | | | | Produce | c | -10.53 |
| 9/19/2010 | Chase Checking-976... | EFT | S AJ's | Cookbook | c | -9.95 |
| | | | | Yogurt, Butter, Salt, Sauce | c | -18.65 |
| 9/20/2010 | Chase Checking-976... | 10058 | Sonora Qest Laboratories | Medical Tests | c | -310.30 |
| 9/20/2010 | Chase Checking-976... | 10059 | Tim Roberts | Lawn | c | -30.00 |
| 9/20/2010 | Chase Checking-976... | OnlineEFT | Verizon Wireless | Cell Phones | c | -248.72 |
| 9/20/2010 | Chase Checking-976... | EFT | S Ace Hardware | Allergen Reducer | c | -7.99 |
| | | | | Filters | c | -21.18 |
| 9/20/2010 | Chase Checking-976... | EFT | Bed, Bath & Beyond | Coffee Filters | c | -26.55 |
| 9/20/2010 | Chase Checking-976... | EFT | Petsmart | Cat Food | c | -80.45 |
| 9/20/2010 | Chase Checking-976... | EFT | S Safeway | Paper Towels, Toilet Paper | c | -28.00 |
| | | | | Dair, Meat, Tuna, Sardines, Spaghetti & Sauce | c | -50.91 |
| 9/20/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | CD | c | -9.99 |
| 9/21/2010 | Chase Checking-976... | EFT | General Nutrition Center | Vitamins | c | -34.89 |
| 9/21/2010 | Chase Checking-976... | EFT | Safeway Pharmacy | Prescriptions | c | -156.14 |
| 9/21/2010 | Chase Checking-976... | EFT | Safeway | Salad, Yogurt, Coffee, Diet 7UP | c | -38.04 |
| 9/22/2010 | Chase Checking-976... | DEP | Social Security | Patricia Twentier | c | 1,774.00 |
| 9/22/2010 | Chase Checking-976... | EFT | Sonoran Security Service, Inc. | Holly St. Alarm System | c | -85.00 |
| 9/22/2010 | Chase Checking-976... | EFT | Mrs. Whites Golden Rule Cafe | Lunch | c | -27.96 |
| 9/22/2010 | Chase Checking-976... | EFT | La Tolteca Mexican Food | Tamales | c | -17.22 |
| 9/24/2010 | Chase Checking-976... | EFT | Kwans Sampan Restaurant | Dinner | c | -19.17 |
| 9/24/2010 | Chase Checking-976... | EFT | LoLo's Chicken & Waffle Restaurant | Breakfast | c | -28.97 |
| 9/24/2010 | Chase Checking-976... | EFT | Safeway (Gas) | Gas - Mesa - $2.499 | c | -41.18 |
| 9/24/2010 | Chase Checking-976... | EFT | S Safeway | Toilet Bowl Cleaner | c | -8.98 |
| | | | | Shampoo, Conditioner, Hair Spray | c | -13.00 |
| | | | | Milk Bones | c | -11.49 |
| | | | | Dairy, Bagels, Ham, Produce | c | -64.28 |

## Chase Sept 2010 - Sep 2010
### 9/1/2010 through 9/30/2010

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 9/25/2010 | Chase Checking-976... 10060 | | Tim Roberts | Lawn | c | -30.00 |
| 9/25/2010 | Chase Checking-976... | EFT | S Fry's Food & Drug | Gold Bond Cream and Powder, Aveeno, Ban... | c | -35.26 |
| | | | | Dairy, Pasta, Meat, Bakery | c | -82.72 |
| 9/26/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Book | c | -16.20 |
| 9/26/2010 | Chase Checking-976... | OnlineEFT | Amazon.com | Books | c | -65.70 |
| 9/26/2010 | Chase Checking-976... | EFT | Famous Footwear | Shoes | c | -38.16 |
| 9/26/2010 | Chase Checking-976... | EFT | Bed, Bath & Beyond | Sewing Kit | c | -10.89 |
| 9/26/2010 | Chase Checking-976... | EFT | Petsmart | Cat Food, Dog Food, Cat Litter | c | -94.01 |
| 9/26/2010 | Chase Checking-976... | EFT | Safeway | Produce | c | -11.39 |
| 9/27/2010 | Chase Checking-976... 10061 | | Justin's Pool Service & Repair, Inc. | Payment on Balance | c | -200.00 |
| 9/27/2010 | Chase Checking-976... 10062 | | AFLAC | Premiums | c | -212.16 |
| 9/27/2010 | Chase Checking-976... | EFT | Safeway | Meat, Eggs, Cottage Cheese, Produce | c | -72.30 |
| 9/27/2010 | Chase Checking-976... | EFT | Safeway Pharmacy | Carl - Prescriptions | c | -401.96 |
| 9/28/2010 | Chase Checking-976... | EFT | S Wal-Mart | Bleach, Bathroom Cleaner | c | -3.44 |
| | | | | Toothpaste | c | -2.00 |
| | | | | Dairy, OJ, Eggs, Milk, Soup | c | -29.53 |
| 9/29/2010 | Chase Checking-976... | OnlineEFT | APS | Holly Street Electricity | c | -87.58 |
| 9/29/2010 | Chase Checking-976... | EFT | U-Haul | Book Boxes | c | -38.99 |
| 9/29/2010 | Chase Checking-976... | EFT | S Albertsons | Dish Soap, Oxiclean | c | -16.79 |
| | | | | Milk, Chicken | c | -18.43 |
| 9/29/2010 | Chase Checking-976... | DEP | Amazon.com | Refund | c | 1.20 |
| **9/1/2010 - 9/30/2010** | | | | | | **4,165.88** |

**BALANCE 9/30/2010**            4,736.64

| | | |
|---|---|---|
| TOTAL INFLOWS | | 14,359.24 |
| TOTAL OUTFLOWS | | -10,193.36 |
| NET TOTAL | | 4,165.88 |






CARL R TWENTIER
PATRICIA K TWENTIER

Account Number: 000000700519465

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,133.80** |
| Deposits and Additions | 16,158.04 |
| Checks Paid | - 2,875.66 |
| ATM & Debit Card Withdrawals | - 4,122.92 |
| Electronic Withdrawals | - 2,576.90 |
| Fees and Other Withdrawals | - 20.00 |
| **Ending Balance** | **$7,696.36** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.04 |
| Interest Paid Year-to-Date | $0.09 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/16 | ATM Cash Deposit | | $600.00 |
| 08/16 | ATM Cash Deposit | | 400.00 |
| 08/20 | ATM Cash Deposit | | 400.00 |
| 08/23 | ATM Cash Deposit | | 200.00 |
| 08/24 | ATM Cash Deposit | | 200.00 |
| 08/25 | US Treasury 303 Soc Sec | PPD ID: 3031036030 | 1,774.00 |
| 09/01 | Cc Holdings Credits | PPD ID: 9374177001 | 10,800.00 |
| 09/08 | US Treasury 303 Soc Sec | PPD ID: 3031036030 | 1,784.00 |
| 09/14 | Interest Payment | | 0.04 |
| **Total Deposits and Additions** | | | **$16,158.04** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10036 ^ | | 08/18 | $30.00 |
| 10039 * ^ | | 08/13 | 475.00 |
| 10040 ^ | | 08/16 | 150.00 |
| 10041 ^ | | 08/13 | 125.00 |
| 10042 ^ | | 08/16 | 30.00 |
| 10043 ^ | | 08/19 | 436.00 |


## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10044 ^ | | 08/23 | 200.00 |
| 10045 ^ | | 08/24 | 30.00 |
| 10047 * ^ | | 09/03 | 30.00 |
| 10048 ^ | | 08/30 | 212.16 |
| 10049 ^ | | 09/14 | 30.00 |
| 10050 ^ | | 09/08 | 480.00 |
| 10051 ^ | | 09/08 | 367.50 |
| 10052 ^ | | 09/10 | 75.00 |
| 10054 * ^ | | 09/09 | 175.00 |
| 10055 ^ | | 09/14 | 30.00 |
| **Total Checks Paid** | | | **$2,875.66** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | Card Purchase With Pin  08/12 Safeway  Store  1637 Mesa AZ Card 9760 | $51.42 |
| 08/16 | Card Purchase With Pin  08/13 Wal-Mart #3846 Mesa AZ Card 9760 | 22.78 |
| 08/16 | Card Purchase With Pin  08/13 Sprouts Farmers Mkt #5 Mesa AZ Card 9760 | 21.24 |
| 08/16 | Card Purchase With Pin  08/13 Bartoli Cleaner/1911 Ea Mesa AZ Card 9760 | 52.00 |
| 08/16 | Card Purchase        08/14 A&M Pool Supply Mesa AZ Card 9760 | 76.31 |
| 08/16 | Card Purchase        08/14 Five Guys--AZ # 05 Mesa AZ Card 9760 | 20.77 |
| 08/16 | Card Purchase With Pin  08/14 Aj's #061 Mesa AZ Card 9760 | 38.41 |
| 08/16 | Card Purchase With Pin  08/14 Frys Food & Drug 1245 W Mesa AZ Card 9760 | 16.60 |
| 08/16 | Card Purchase        08/15 Burger King #6368 Mesa AZ Card 9760 | 8.17 |
| 08/16 | Card Purchase With Pin  08/15 Wal-Mart #2767 Mesa (N) AZ Card 9760 | 21.74 |
| 08/16 | Card Purchase With Pin  08/15 Petsmart Inc 1066 Mesa AZ Card 9760 | 68.67 |
| 08/16 | Card Purchase With Pin  08/15 Safeway  Store  2644 Mesa AZ Card 9760 | 57.14 |
| 08/16 | Card Purchase With Pin  08/15 Fresh & Easy #1018 Mesa AZ Card 9760 | 4.98 |
| 08/18 | Card Purchase        08/16 Com Tam Thuan Kieu, Llc Mesa AZ Card 9760 | 24.60 |
| 08/18 | Card Purchase        08/16 Venezia's Mesa #2 Mesa AZ Card 9760 | 37.93 |
| 08/20 | Card Purchase        08/19 A&M Pool Supply Mesa AZ Card 9760 | 96.99 |
| 08/23 | Card Purchase        08/20 Caffe Boa (Mesa) Mesa AZ Card 9760 | 38.12 |
| 08/23 | Card Purchase With Pin  08/20 Aj's #061 Mesa AZ Card 9760 | 132.38 |
| 08/23 | Card Purchase        08/20 Venezia's Mesa #2 Mesa AZ Card 9760 | 29.75 |
| 08/23 | Card Purchase With Pin  08/22 Safeway  Store  1534 Gilbert AZ Card 9760 | 105.26 |
| 08/24 | Card Purchase        08/22 J & K Chinese Gourmet L Gilbert AZ Card 9760 | 21.70 |
| 08/24 | Card Purchase With Pin  08/23 Safeway  Store  2042 Phoenix AZ Card 9760 | 153.10 |
| 08/25 | Card Purchase        08/24 Red*Wmnwithn Tel Ord 800-477-703 IN Card 9778 | 56.10 |
| 08/25 | Card Purchase        08/23 Taco Bell #16400164764 Mesa AZ Card 9760 | 9.52 |
| 08/25 | Card Purchase With Pin  08/24 Pet Club Llc Mesa AZ Card 9760 | 75.21 |
| 08/25 | Card Purchase With Pin  08/24 #00948 Albertsons Mesa AZ Card 9760 | 37.51 |
| 08/25 | Card Purchase With Pin  08/25 Wal-Mart Super Center Mesa AZ Card 9760 | 91.78 |


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/25 | Card Purchase With Pin  08/25 3622 East Southern Ave Mesa AZ Card 9760 | 40.17 |
| 08/25 | Card Purchase With Pin  08/25 Aj's #061 Mesa AZ Card 9760 | 35.75 |
| 08/26 | Card Purchase       08/24 Krispy Kreme #881 Phoenix AZ Card 9760 | 14.17 |
| 08/26 | Card Purchase       08/26 Amazon.Com Amzn.Com/Bill WA Card 9760 | 15.98 |
| 08/26 | Card Purchase       08/25 Bookmans 4 Mesa AZ Card 9760 | 39.26 |
| 08/27 | Card Purchase With Pin  08/27 #00948 Albertsons Mesa AZ Card 9760 | 29.73 |
| 08/30 | Card Purchase       08/27 Harry And David M/O 800-345-5655 OR Card 9778 | 38.25 |
| 08/30 | Card Purchase       08/28 Zag*Zagat.Com 800-540-9609 NY Card 9778 | 18.50 |
| 08/30 | Card Purchase With Pin  08/28 Petco Animal Supplies Mesa AZ Card 9760 | 34.89 |
| 08/30 | Card Purchase       08/28 Red House Scottsdale AZ Card 9760 | 31.55 |
| 08/30 | Card Purchase With Pin  08/28 Safeway  Store  1567 Mesa AZ Card 9760 | 46.92 |
| 08/30 | Card Purchase       08/29 The Eggery Uptown Phoenix AZ Card 9760 | 22.53 |
| 08/30 | Card Purchase With Pin  08/29 Aj's #064 Phoenix AZ Card 9760 | 22.19 |
| 08/30 | Card Purchase With Pin  08/30 Frys Food & Drug 1935 Mesa AZ Card 9760 | 79.61 |
| 08/30 | Card Purchase With Pin  08/30 Fresh & Easy #1047 Mesa AZ Card 9760 | 10.58 |
| 08/31 | Card Purchase With Pin  08/31 Safeway  Store  1567 Mesa AZ Card 9760 | 264.58 |
| 08/31 | Card Purchase With Pin  08/31 Safeway  Store  1567 Mesa AZ Card 9760 | 18.73 |
| 08/31 | Card Purchase With Pin  08/31 3622 East Southern Ave Mesa AZ Card 9760 | 38.95 |
| 09/01 | Card Purchase       08/31 Amazon.Com Amzn.Com/Bill WA Card 9760 | 17.15 |
| 09/01 | Card Purchase With Pin  09/01 Frys Food & Drug 4707 Phoenix AZ Card 9760 | 139.58 |
| 09/01 | Card Purchase With Pin  09/01 Petsmart Inc 135 Mesa AZ Card 9760 | 75.89 |
| 09/01 | Card Purchase With Pin  09/01 Pet Club Llc Mesa AZ Card 9760 | 49.06 |
| 09/01 | Card Purchase With Pin  09/01 Wal-Mart #3846 Mesa AZ Card 9760 | 18.15 |
| 09/02 | Card Purchase       08/31 Gunnell's Tire & Auto Mesa AZ Card 9760 | 15.00 |
| 09/02 | Card Purchase With Pin  09/02 Tantrum Hair Salon Mesa AZ Card 9760 | 90.00 |
| 09/02 | Card Purchase With Pin  09/02 Casual Male Xl #9860 Gilbert AZ Card 9760 | 87.02 |
| 09/03 | Card Purchase       09/03 Amazon.Com Amzn.Com/Bill WA Card 9760 | 20.48 |
| 09/03 | Card Purchase With Pin  09/03 The Home Depot 473 Mesa AZ Card 9760 | 41.34 |
| 09/03 | Card Purchase With Pin  09/03 Petsmart Inc 135 Mesa AZ Card 9760 | 38.21 |
| 09/03 | Card Purchase With Pin  09/03 #00948 Albertsons Mesa AZ Card 9760 | 40.66 |
| 09/07 | Card Purchase       09/02 Guru Palace Mesa AZ Card 9760 | 42.36 |
| 09/07 | Card Purchase       09/04 Bookmans 4 Mesa AZ Card 9760 | 31.62 |
| 09/07 | Card Purchase With Pin  09/04 Wal-Mart #3846 Mesa AZ Card 9760 | 67.08 |
| 09/07 | Card Purchase With Pin  09/05 Frys Food & Drug 4707 Phoenix AZ Card 9760 | 129.62 |
| 09/07 | Card Purchase With Pin  09/06 3622 East Southern Ave Mesa AZ Card 9760 | 39.66 |
| 09/07 | Card Purchase With Pin  09/06 #00997 Albertsons Chandler AZ Card 9760 | 45.32 |
| 09/07 | Card Purchase With Pin  09/07 Safeway  Store  1637 Mesa AZ Card 9760 | 67.03 |
| 09/07 | Card Purchase With Pin  09/07 #00948 Albertsons Mesa AZ Card 9760 | 7.77 |
| 09/08 | Card Purchase With Pin  09/08 Bartoli Cleaner/1911 E Mesa AZ Card 9760 | 49.29 |
| 09/08 | Card Purchase With Pin  09/08 Staples, Inc. Mesa AZ Card 9760 | 11.96 |
| 09/08 | Card Purchase With Pin  09/08 Safeway  Store  1567 Mesa AZ Card 9760 | 32.54 |
| 09/09 | Card Purchase       09/07 T.C. Eggington's Mesa AZ Card 9760 | 23.52 |
| 09/09 | Card Purchase With Pin  09/09 Als Meat Market Sun City AZ Card 9760 | 68.34 |
| 09/09 | Card Purchase With Pin  09/09 #00948 Albertsons Mesa AZ Card 9760 | 84.56 |
| 09/10 | Card Purchase       09/09 Macayo Bell Rd Glendale AZ Card 9760 | 25.79 |
| 09/10 | Card Purchase With Pin  09/10 Mesa Feed Barn Mesa AZ Card 9760 | 18.98 |
| 09/10 | Card Purchase With Pin  09/10 Pet Club Llc Mesa AZ Card 9760 | 49.06 |






## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/10 | Card Purchase With Pin  09/10 Safeway  Store  1637 Mesa AZ Card 9760 | 82.90 |
| 09/10 | Card Purchase With Pin  09/10 3622 East Southern Ave Mesa AZ Card 9760 | 29.78 |
| 09/13 | Card Purchase        09/10 Culvers of Mesa Mesa AZ Card 9760 | 25.03 |
| 09/13 | Card Purchase        09/12 A&M Pump & Pool Supply Mesa AZ Card 9760 | 21.76 |
| 09/13 | Card Purchase With Pin  09/12 Frys Food & Drug 4707 Phoenix AZ Card 9760 | 62.18 |
| 09/13 | Card Purchase With Pin  09/12 Whole Foods Mark 10810 Phoenix AZ Card 9760 | 46.84 |
| 09/13 | Card Purchase W/Cash    09/12 Aj's #063 Scottsdale AZ Card 9760 Purchase $11.96 Cash Back $60.00 | 71.96 |
| 09/14 | Card Purchase        09/13 Amazon.Com Amzn.Com/Bill WA Card 9760 | 11.98 |
| 09/14 | Card Purchase        09/13 Amazon.Com Amzn.Com/Bill WA Card 9760 | 23.48 |
| 09/14 | Card Purchase        09/14 Amazon.Com Amzn.Com/Bill WA Card 9760 | 32.47 |
| 09/14 | Card Purchase With Pin  09/14 Walgreen Company 2737 Mesa AZ Card 9760 | 24.05 |
| 09/14 | Card Purchase With Pin  09/14 Wal-Mart #3846 Mesa AZ Card 9760 | 90.93 |
| **Total ATM & Debit Card Withdrawals** | | **$4,122.92** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/26 | Vz Wireless Vw  Vzw Webpay 1496096      Tel ID: 0000751800 | $246.36 |
| 09/01 | Cox Enterprises Broadband 6943456      Web ID: 0000178541 | 522.07 |
| 09/07 | City of Mesa    Checkpymt        PPD ID: 1866000252 | 673.24 |
| 09/13 | Srp        Echex Pwr 882920009      Web ID: 4866000727 | 1,135.23 |
| **Total Electronic Withdrawals** | | **$2,576.90** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/14 | Service Fee | $20.00 |
| **Total Fees & Other Withdrawals** | | **$20.00** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $96.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Did you know you can waive your Chase Premier Checking monthly service fee by keeping an average combined balance of $15,000 in qualifying checking, savings, credit, securities and mortgage loan accounts?  During the statement period your average combined balance was $4,356.


## Help Avoid Overdrafts with the Touch of a Button.

Chase is putting even more banking power at your fingertips with **Chase Instant Action Alerts** $^{SM}$.



- Transfer money anytime, anywhere
- Get a text message the instant your checking balance is low
- Help avoid fees by transferring funds with a text
- It's fast, easy and best of all - it's free*

To learn more about Instant Action Alerts visit chase.com/FreeAlerts.

* There is no charge from Chase, but message and data rates may apply from your wireless provider. Qualifying Chase transfer account required.



This Page Intentionally Left Blank

# AZSUI Carl Sept 2010 - Sep 2010

## 9/1/2010 through 9/30/2010

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| **BALANCE 8/31/2010** | | | | | | | **308.96** |
| 9/7/2010 | Chase UI Ca...DEP | | Arizona Department of Economic Se... Unemployment | | Unemployment | | 265.00 |
| 9/14/2010 | Chase UI Ca...DEP | | Arizona Department of Economic Se... Unemployment | | Unemployment | | 265.00 |
| 9/21/2010 | Chase UI Ca...DEP | | Arizona Department of Economic Se... Unemployment | | Unemployment | | 265.00 |
| 9/28/2010 | Chase UI Ca...DEP | | Arizona Department of Economic Se... Unemployment | | Unemployment | | 265.00 |
| **9/1/2010 - 9/30/2010** | | | | | | | **1,060.00** |
| | | | | | | | |
| **BALANCE 9/30/2010** | | | | | | | **1,368.96** |

|  |  |
|--|--|
| **TOTAL INFLOWS** | **1,060.00** |
| **TOTAL OUTFLOWS** | **0.00** |
| **NET TOTAL** | **1,060.00** |



# Account Activity

30 days of past activity for your account is
displayed below.

Select From Date and To Date to view transaction
history within the selected time period.

Note that the system only displays past 6 months of
activity.

| Primary | |
|---|---|
| Name: | Primary |
| Account Number: | (........8792) |
| As of Date: | 10/17/2010 |
| Available Now: | $863.09 |

| Account: | From Date: | To Date: | |
|---|---|---|---|
| Primary (........8792) | 9/1/2010 | 9/30/2010 | Get Transactions |

| Transaction Date | Description | Debits | Credits |
|---|---|---|---|
| 9/27/2010 | PAYMENT | | $265.00 |
| 9/20/2010 | PAYMENT | | $265.00 |
| 9/13/2010 | PAYMENT | | $265.00 |
| 9/7/2010 | PAYMENT | | $265.00 |

Copyright ©2007 J P Morgan Chase & Co. All Rights Reserved.

10/17/2010

## AZSUI Patricia Sept 2010 - Sep 2010
9/1/2010 through 9/30/2010

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| **BALANCE 8/31/2010** | | | | | | | **337.07** |
| 9/7/2010 | Chase UI Pa...DEP | | Arizona Department of Economic Se... | Unemployment | Unemployment | | 265.00 |
| 9/14/2010 | Chase UI Pa...DEP | | Arizona Department of Economic Se... | Unemployment | Unemployment | | 265.00 |
| 9/21/2010 | Chase UI Pa...DEP | | Arizona Department of Economic Se... | Unemployment | Unemployment | | 265.00 |
| 9/28/2010 | Chase UI Pa...DEP | | Arizona Department of Economic Se... | Unemployment | Unemployment | | 265.00 |
| **9/1/2010 - 9/30/2010** | | | | | | | **1,060.00** |
| **BALANCE 9/30/2010** | | | | | | | **1,397.07** |

TOTAL INFLOWS      1,060.00

TOTAL OUTFLOWS      0.00

NET TOTAL      1,060.00



# Account Activity

30 days of past activity for your account is
displayed below.

Select From Date and To Date to view transaction
history within the selected time period.

Note that the system only displays past 6 months of
activity.

| Primary | |
|---|---|
| Name: | Primary |
| Account Number: | (........2876) |
| As of Date: | 10/17/2010 |
| Available Now: | $1,927.07 |

| Account: | From Date: | To Date: | | |
|---|---|---|---|---|
| Primary (........2876) | 9/1/2010 | 9/30/2010 | | Get Transactions |

| Transaction Date | Description | Debits | Credits |
|---|---|---|---|
| 9/27/2010 | PAYMENT | | $265.00 |
| 9/20/2010 | PAYMENT | | $265.00 |
| 9/13/2010 | PAYMENT | | $265.00 |
| 9/7/2010 | PAYMENT | | $265.00 |

Copyright ©2007 J P Morgan Chase & Co. All Rights Reserved.