CAMPBELL & COOMBS, P.C.
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Facsimile: 480-897-1461

Harold E. Campbell
State Bar No. 005160
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| CARL RAY TWENTIER and PATRICIA KAY TWENTIER, | Case No. 2:09-bk-23803-GBN<br>Case No. 2:08-bk-00993-GBN |
| Debtors. | Jointly Administered |

## CHANGE OF ADDRESS

Debtors, Carl and Patricia Twentier, hereby give their notice of change of **address**:

PO Box 1265
Eastsound, WA 98245

DATED this 4th day of Janaury, 2011.

                                              CAMPBELL & COOMBS, P.C.

                                By:   /s/ Harold E. Campbell
                                        Harold E. Campbell

ORIGINAL filed ECF and COPY of
the foregoing mailed this
4th day of August, 2011, to:

United States Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706

By: /s/ Kasia Kot